# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARBA ENTERPRISES, INC., A NEVADA CORPORATION,

Appellant,

vs.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, A CONNECTICUT CORPORATION; ALPINE INSURANCE ASSOCIATES, A NEVADA CORPORATION; AND DWAN WRIDE, AN INDIVIDUAL,

Respondents.

No. 72340

FILED

MAR 01 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Kenneth C. Cory, District Judge
Mueller Hinds & Associates
Foran Glennon Palandech Ponzi & Rudloff, PC
Hall Jaffe & Clayton, LLP
Eighth District Court Clerk

---

[1]The court will take no action on the motion to dismiss and joinder to motion to dismiss filed on February 10 and 14, 2017, respectively.